# United States Bankruptcy Court
## District of Arizona

In re    **Anthony J Elias**                Case No. _____
                     Debtor(s)       Chapter    **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

[X] Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

[ ] Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

[ ] Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Anthony J Elias**, declares the foregoing to be true and correct under penalty of perjury.

Date   **October 24, 2017**            Signature   /s/ Anthony J Elias
                                                              Anthony J Elias
                                                              Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Employee | | | Emp ID | Social Security | Status | Fed-Res Exempt/Allow | Number |
|---|---|---|---|---|---|---|---|
| ANTHONY J ELIAS | | | 802778 | XXX-XX-XXXX | US-S PA-S | US-0/0 PA-Exempt | 13983810 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| DISH | | 502 | 365 | 307 | 07/10/17 | 09/23/17 | 10/06/17 | 10/13/17 |

| Taxable Earnings | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Wk1 | 12.5000 | 29.85 | 373.13 | 2,758.26 |
| Regular Wk2 | 12.5000 | 40.00 | 500.00 | 3,256.75 |
| Holiday | | | | 125.00 |
| PTO | 12.5000 | 10.00 | 125.00 | 375.00 |
| Sales Commissions Wk1 | | | 630.95 | 3,241.28 |
| Sales Commissions Wk2 | | | 1,117.89 | 4,009.46 |
| Overtime Wk1 | | | | 107.10 |
| Overtime Wk2 | 32.4900 | 0.68 | 22.09 | 1,092.19 |
| Total | | | 2,769.06 | 14,965.04 |

| Paid Time Off Summary | Hours |
|---|---|
| Current Hours Accrued | 4.62 |
| Current Hours Taken | 20.00 |
| YTD Hours Taken | 30.00 |
| Current Bank | -5.38 |

| | Current | Year To Date |
|---|---|---|
| W2 Gross | 2,769.06 | 14,965.04 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 506.26 | 2,563.33 |
| Social Security (FICA) | 171.68 | 927.83 |
| Federal Medicare | 40.15 | 216.99 |
| Arizona Income Tax | 74.76 | 404.05 |
| Total | 792.85 | 4,112.20 |

| | Current | Year To Date |
|---|---|---|
| Net Pay | 1,976.21 | 10,852.84 |

Echosphere L.L.C. - 9601 S. Meridian Blvd. Englewood, CO 80112 - (303) 723-1390

| Employee | | Emp ID | Social Security | Status | Fed-Res Exempt/Allow | Number |
|---|---|---|---|---|---|---|
| ANTHONY J ELIAS | | 802778 | XXX-XX-XXXX | US-S PA-S | US-0/0 PA-Exempt | 13982752 |
| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| DISH | 502 | 365 | 307 | 07/10/17 | 09/09/17 | 09/22/17 | 09/29/17 |

| Taxable Earnings | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Wk1 | 12.5000 | 30.81 | 385.13 | 2,385.13 |
| Regular Wk2 | 12.5000 | 20.54 | 256.75 | 2,756.75 |
| Holiday | 12.5000 | 10.00 | 125.00 | 125.00 |
| PTO | 12.5000 | 20.00 | 250.00 | 250.00 |
| Sales Commissions Wk1 | | | 1,440.45 | 2,610.33 |
| Sales Commissions Wk2 | | | 466.83 | 2,381.57 |
| Overtime Wk1 | | | | 107.10 |
| Overtime Wk2 | | | | 1,070.10 |
| Total | | | 2,924.16 | 12,195.98 |

| Paid Time Off Summary | Hours |
|---|---|
| Current Hours Accrued | 4.62 |
| Current Hours Taken | 10.00 |
| YTD Hours Taken | 10.00 |
| Current Bank | 10.00 |

| W2 Gross | Current | Year To Date |
|---|---|---|
| | 2,924.16 | 12,195.98 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 545.03 | 2,057.07 |
| Social Security (FICA) | 181.30 | 756.15 |
| Federal Medicare | 42.40 | 176.84 |
| Arizona Income Tax | 78.95 | 329.29 |
| Total | 847.68 | 3,319.35 |

| | Current | Year To Date |
|---|---|---|
| Net Pay | 2,076.48 | 8,876.63 |

Echosphere L.L.C. - 9601 S. Meridian Blvd. Englewood, CO 80112 - (303) 723-1390

| Employee | Emp ID | Social Security | Status | Fed-Res Exempt/Allow | Number |
|---|---|---|---|---|---|
| ANTHONY J ELIAS | 802778 | XXX-XX-XXXX | US-S PA-S | US-0/0 PA-Exempt | 13972881 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| DISH | 502 | 365 | 307 | 07/10/17 | 08/26/17 | 09/08/17 | 09/15/17 |

| Taxable Earnings | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Wk1 | 12.5000 | 40.00 | 500.00 | 2,000.00 |
| Regular Wk2 | 12.5000 | 40.00 | 500.00 | 2,500.00 |
| Sales Commissions Wk1 | - | - | 498.13 | 1,169.88 |
| Sales Commissions Wk2 | - | - | 821.44 | 2,424.74 |
| Overtime Wk1 | 24.9410 | 0.23 | 5.74 | 107.10 |
| Overtime Wk2 | 25.2995 | 22.71 | 574.55 | 1,070.10 |
| Total | | | 2,899.86 | 9,271.82 |

| Paid Time Off Summary | Hours |
|---|---|
| Current Hours Accrued | 3.08 |
| Current Hours Taken | - |
| YTD Hours Taken | - |
| Current Bank | 15.38 |

| | Current | Year To Date |
|---|---|---|
| W2 Gross | 2,899.86 | 9,271.82 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 538.96 | 1,512.04 |
| Social Security (FICA) | 179.79 | 574.85 |
| Federal Medicare | 42.05 | 134.44 |
| Arizona Income Tax | 78.30 | 250.34 |
| Total | 839.10 | 2,471.67 |

| | Current | Year To Date |
|---|---|---|
| Net Pay | 2,060.76 | 6,800.15 |

Echosphere L.L.C. - 9601 S. Meridian Blvd. Englewood, CO 80112 - (303) 723-1390

| Employee | | | Emp ID | Social Security | Status | Fed-Res Exempt/Allow | Number |
|---|---|---|---|---|---|---|---|
| ANTHONY J ELIAS | | | 802778 | XXX-XX-XXXX | US-S PA-S | US-0/0 PA-Exempt | 13971507 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| DISH | | 502 | 293 | 307 | 07/10/17 | 08/12/17 | 08/25/17 | 09/01/17 |

| Taxable Earnings | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Wk1 | 12.5000 | 40.00 | 500.00 | 1,500.00 |
| Regular Wk2 | 12.5000 | 40.00 | 500.00 | 2,000.00 |
| Sales Commissions Wk1 | | | 429.50 | 671.75 |
| Sales Commissions Wk2 | | | 907.67 | 1,603.30 |
| Overtime Wk1 | 23.6721 | 3.63 | 85.93 | 101.36 |
| Overtime Wk2 | 26.7120 | 17.00 | 454.10 | 495.55 |
| Total | | | 2,877.20 | 6,371.96 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 533.29 | 973.08 |
| Social Security (FICA) | 178.38 | 395.06 |
| Federal Medicare | 41.72 | 92.39 |
| Arizona Income Tax | 77.68 | 172.04 |
| Total | 831.07 | 1,632.57 |

| | Current | Year To Date |
|---|---|---|
| Net Pay | 2,046.13 | 4,739.39 |

| Paid Time Off Summary | Hours |
|---|---|
| Current Hours Accrued | 3.08 |
| Current Hours Taken | |
| YTD Hours Taken | |
| Current Bank | 12.31 |

| Direct Deposit Accounts | Amount |
|---|---|
| Checking - XXXXXXX2178 | **PreNote** |

| | Current | Year To Date |
|---|---|---|
| W2 Gross | 2,877.20 | 6,371.96 |

Echosphere L.L.C. - 9601 S. Meridian Blvd. Englewood, CO 80112 - (303) 723-1390