# Notice Recipients

District/Off: 0970−2       User: admin         Date Created: 02/06/2018
Case: 2:17−bk−12720−PS     Form ID: 318        Total: 22

**Recipients of Notice of Electronic Filing:**
aty    LEONARD V. SOMINSKY    INFO@LVSLAW.NET

        TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | ANTHONY J ELIAS | 4137 EAST GROVE STREET | PHOENIX, AZ 85040 |
| tr | ERIC M. HALEY | PO BOX 13390 | SCOTTSDALE, AZ 85267 |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION | 1600 W. MONROE, 7TH FL.  PHOENIX, AZ 85007−2650 |
| 14770682 | American General Financial/Springleaf Fi | Springleaf Financial/Attn: Bankruptcy De | Po Box 3251  Evansville IN 47731 |
| 14770683 | Bankruptcy & Collection Enforcement | Office of the AZ Attorney General | 1275 West Washington St  Phoenix AZ 85007 |
| 14770684 | Capital One   Attn: Bankruptcy | Po Box 30253 | Salt Lake City UT 84130 |
| 14770685 | Discover Financial   Po Box 3025 | New Albany OH 43054 | |
| 14770686 | FedLoan Servicing  Attention: Bankruptcy | Po Box 69184 | Harrisburg PA 17106 |
| 14770687 | Internal Revenue Service | P.O. Box 7346 | Philadelphia PA 19101−7346 |
| 14770688 | Lendmark Financial Ser | 1506 Klondike Rd | Conyers GA 30094 |
| 14770689 | P S E C U   Attention: Bankruptcy | Po Box 67013 | Harrisburg PA 17106 |
| 14770691 | PNC Bank   P.O. Box 3429 | Pittsburgh PA 15230−3429 | |
| 14771296 | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |
| 14770690 | Pennsylvania Department of Revenue | PO BOX 280504 | Harrisburg PA 17128 |
| 14770692 | Rent A Center   1837 N. Scottsdale Road | Tempe AZ 85281 | |
| 14770693 | Rui Credit Services In | 1305 Walt Whitman Rd Ste | Melville NY 11747 |
| 14770694 | Synchrony Bank   Attn: Bankruptcy | Po Box 965060 | Orlando FL 32896 |
| 14770695 | Synchrony Bank/Care Credit   Attn: Bankruptcy | Po Box 965060 | Orlando FL 32896 |
| 14770696 | The Bureaus Inc   650 Dundee Rd   Suite 370 | Northbrook IL 60062 | |
| 14770697 | Verizon   Verizon Wireless Bankruptcy Administrati | 500 Tecnolgy Dr Ste 500 | Weldon Springs MO 63304 |

        TOTAL: 21